UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA**

        v.                    Case No. 21CV0091-TWR-AGS

**2936 MIDSUMMER DRIVE,
WINDERMERE, FL 34786**

**OWNER OF RECORD: CHARLES RONALD GREEN, JR. and MELINDA E. GREEN, husband and wife.**

### GOVERNMENT'S NOTICE OF LIS PENDENS

NOTICE IS HEREBY GIVEN that the above-referenced action was commenced on January 15, 2021 and is now pending in the United States District Court for the Southern District of California between the parties named in the above-referenced action.

The United States of America is seeking to forfeit certain real property located at 2936 Midsummer Drive, Windermere, FL 34786 recorded on April 2, 2019, in Orange County, CFN 20190196775, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

> Lot 4, LAKE DOWN SHORES REPLAT, according to the plat thereof as recorded in Plat Book 4, Page 31, Public Records of Orange County, Florida; together with an undivided one forty-fourth (1/44) interest in and to Lot 23, Block A, less the West 95 feet thereof, Lake Down Shores, according to the plat thereof as recorded in Plat Book T, Page 145, Public Records of Orange County, Florida.
>
> Parcel Identification Number: **04-23-28-4406-00040**
>
> **Subject to** all reservations, covenants, conditions, restrictions and easements of record and to all applicable zoning ordinances and/or restrictions imposed by governmental authorities, if any.

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in any way appertaining.

The United States seeks forfeiture of the above property pursuant to the provisions of 18 U.S.C. § 981(a)(1)(A) and § 981(a)(1)(C).  Further information concerning this action may be obtained from the records of the Clerk of Court for the United States District Court, Southern District of California, 333 West Broadway, Suite 420, San Diego, CA 92101.

                          Respectfully Submitted,

                          ROBERT S. BREWER, JR.
                          United States Attorney

By: _____
       DAVID J. RAWLS
       Assistant United States Attorney
       District of Columbia Bar No. 974620
       880 Front Street, Room 6293
       San Diego, CA 92101-8893
       Telephone: (619) 546-7966
       E-Mail: David.Rawls@usdoj.gov

Dated: January 19, 2021