1
2
3
4
5
6
7
8            UNITED STATES DISTRICT COURT
9           SOUTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | Case No.:  21-CV-91 TWR (AGS) |
| 12                    Plaintiff, | |
| 13  v. | **ORDER GRANTING PLAINTIFF'S** *EX PARTE* **MOTION TO APPOINT THE UNITED STATES MARSHAL AS CUSTODIAN AND TO DEPOSIT DEFENDANT CURRENCIES IN THE SEIZED ASSETS DEPOSIT ACCOUNT AND TO SUBSTITUTE THE RES** |
| 14  $49,812.40 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER XX3071; | |
| 17  $1,016,738.02 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER XX1430; | |
| 20  $15,448.64 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER XX0706; | (ECF No. 2) |
| 22  $559.15 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER XX0557; | |
| 25  $142,580.46 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER XX9816; | |

28

$60,961.48 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER XX6408;

$2,058,060.72 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER XX7253;

$1,022.12 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER XX8049;

$4,983.50 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER XX5609;

$4,388,112.64 IN U.S. CURRENCY SEIZED FROM FIDELITY INVESTMENTS ACCOUNT NUMBER XX0472;

$2,134,352.70 IN U.S. CURRENCY SEIZED FROM FIDELITY INVESTMENTS ACCOUNT NUMBER XX0473;

$3,896,247.90 IN U.S. CURRENCY SEIZED FROM FIDELITY INVESTMENTS ACCOUNT NUMBER XX0474;

$544,162.17 IN U.S. CURRENCY SEIZED FROM FIDELITY INVESTMENTS ACCOUNT NUMBER XX0475;

$837,395.44 IN U.S. CURRENCY SEIZED FROM FIDELITY

INVESTMENTS ACCOUNT NUMBER XX0476;

$218,544.33 IN U.S. CURRENCY SEIZED FROM FIDELITY INVESTMENTS ACCOUNT NUMBER XX0477;

$292,635.83 IN U.S. CURRENCY SEIZED FROM FIDELITY INVESTMENTS ACCOUNT NUMBER XX4433;

$950.20 IN U.S. CURRENCY SEIZED FROM FIDELITY INVESTMENTS ACCOUNT NUMBER XX2582;

2018 PORSCHE PANAMERA, CALIFORNIA LICENSE PLATE NUMBER 8GTX359, VEHICLE IDENTIFICATION NUMBER WP0AB2A76JL1355537;

2019 FORD LARIAT 4X2 F-150, FLORIDA LICENSE PLATE NUMBER LEJQ98, VEHICLE IDENTIFICATION NUMBER 1FTEW1C51KFB110044;

2019 AUDI Q8 PREMIUM, FLORIDA LICENSE PLATE NUMBER LCII94, VEHICLE IDENTIFICATION NUMBER WA1AVAF10KD010335;

REAL PROPERTY LOCATED AT 2936 MIDSUMMER DR, WINDERMERE, FL 34786;

                                    Defendants.

Presently before the Court is Plaintiff United States of America's *Ex Parte* Motion to Appoint the United States Marshal as Custodian and to Deposit Defendant Currencies in the Seized Assets Deposit Account and to Substitute the Res.  ("Mot.," ECF No. 2.) Plaintiff states the United States Marshal has consented to assume responsibility of the protection of the Defendant currencies and vehicles and has established the Seized Assets Deposit Account for the deposit of seized currency until further order of the Court.  (Mot. at 3).

Good cause appearing, the Court **GRANTS** Plaintiff's Motion, **ORDERS** that upon the arrest of Defendants, the United States Marshal **SHALL** be custodian of the Defendant currencies and vehicles on behalf of this Court until further Order, and **ORDERS** that the United States Marshal **SHALL** deposit the Defendant currencies in the Seized Assets Deposit Account which **SHALL** be substituted as the res in this action.

**IT IS SO ORDERED.**

Dated:  January 21, 2021

_____
Honorable Todd W. Robinson
United States District Court